**Subject:** U.S.A. v. Kari Dawn Kelley 1:21-mj-0019 (SDAL # MJ 21-0022-M)
**Date:** Friday, February 19, 2021 at 2:46:01 PM Central Standard Time
**From:** Cynthia Owens
**To:** InterDistrictTransfer_DCD
**Attachments:** image001.png, Docket Sheet Kelley.pdf

Notice to the District of Columbia of a Rule 5 Initial Appearance as to KARI DAWN KELLEY. Attached hereto is the docket sheet in the above action. If I can be of further assistance, please contact me at the telephone number below.

Thank You.



# *Cynthia Owens*

Operations Manager
U.S. District Court, SDAL
work: (251) 436-5273 |   cell: (251) 709-5878
email: Cynthia_Robinson@alsd.uscourts.gov